UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 11-cv-62241-Cohn/Seltzer

JAN BENSON SEGAL,

    Plaintiff,

vs.

OAKLAND PARK INN, INC. d/b/a BEST
WESTERN PLUS, a Florida Corporation, and
ALICE MARQUEZ, individually,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, JAN BENSON SEGAL, by and through the undersigned counsel, provides this Notice of Settlement, and states:

    1.    The parties have reached an agreement as to the resolution of this ENTIRE litigation.

    2.    Plaintiff's counsel anticipates submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety.

WHEREFORE, Plaintiff, JAN BENSON SEGAL, provides this Notice of the Settlement in this matter and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

## CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 21st day of February 2012.  We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

DATED:  February 21, 2012.

Respectfully submitted,

                                          -and-

| By: | /s/ Daniel B. Reinfeld | By: | /s/ William Glenn Dill |
|---|---|---|---|
| | DANIEL B. REINFELD, ESQ. | | WILLIAM GLENN DILL, ESQ. |
| | Florida Bar No.:  174815 | | Florida Bar No.: 127345 |
| | DILL & REINFELD, PLLC | | DILL & REINFELD, PLLC |
| | Wachovia Financial Center | | Wachovia Financial Center |
| | 1909 Tyler Street, Suite 405 | | 1909 Tyler Street, Suite 405 |
| | Hollywood, FL 33020 | | Hollywood, FL 33020 |
| | Telephone: (954) 558-8139 | | Telephone: (305) 632-4213 |
| | Facsimile: (954) 628-5054 | | Facsimile: (954) 628-5054 |
| | E-Mail: dan@reinfeldlaw.com | | E-Mail: dillwg@aol.com |

SERVICE LIST:
John Andrews, Esq.
JOHN S. ANDREWS, PA
1501 NE Fourth Avenue
Fort Lauderdale, Florida 33304
(954) 522-6700-Telephone
(954) 765-1325-Facsimile
jsa99@bellsouth.net  Email