UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 11-cv-62241-Cohn/Seltzer

JAN BENSON SEGAL,

    Plaintiff,

vs.

OAKLAND PARK INN, INC. d/b/a BEST
WESTERN PLUS, a Florida Corporation, and
ALICE MARQUEZ, individually,

    Defendants.
_____/

### JOINT STIPULATION OF FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, JAN BENSON SEGAL, and Defendants, OAKLAND PARK INN, INC. d/b/a BEST WESTERN PLUS and ALICE MARQUEZ, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above captioned matter.

1.    All of the Plaintiff's claims in this Lawsuit will be dismissed with prejudice against being refiled.

2.    Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to between the parties.

| | |
|---|---|
| DILL & REINFELD, PLLC<br>*Attorneys for Plaintiff*<br>Center Court Building<br>2450 Hollywood Blvd. Ste 310<br>Hollywood, FL 33020<br>Office: (954) 494-4131<br>Facsimile: (954) 628-5054<br>E-Mail:  glenn@dill-reinfeld.com | LAW OFFICES OF JOHN ANDREWS, PA<br>Attorneys for Defendant<br>1501 NE Fourth Avenue<br><br>Fort Lauderdale, Florida 33304<br>Main: (954) 522-6700<br>Fax: (954) 765-1325<br>E-Mail:  jsa@bellsouth.net |
| By:   /s/ William Glenn Dill<br>       WILLIAM GLENN DILL, ESQ.<br>       Florida Bar No. 127345 | By:   /s/ John S. Andrews<br>       JOHN ANDREWS, ESQ.<br>       Florida Bar No. |
| Dated:  March 1, 2012 | Dated: March 1, 2012 |

## CERTIFICATE OF SERVICE

     WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 1st day of March 2012.  We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

DATED: March 1, 2012.

Respectfully submitted,

                                -and-

| | |
|---|---|
| By:   /s/ Daniel B. Reinfeld<br>       DANIEL B. REINFELD, ESQ.<br>       Florida Bar No.:  174815<br>       DILL & REINFELD, PLLC<br>       Center Court Building<br>       2450 Hollywood Blvd., Suite 310<br>       Hollywood, FL 33020<br>       Telephone: (954) 558-8139<br>       Facsimile: (954) 628-5054<br>       E-Mail: dan@reinfeldlaw.com | By:   /s/ William Glenn Dill<br>       WILLIAM GLENN DILL, ESQ.<br>       Florida Bar No.: 127345<br>       DILL & REINFELD, PLLC<br>       Center Court Building<br>       2450 Hollywood Blvd., Suite 310<br>       Hollywood, FL 33020<br>       Telephone: (305) 632-4213<br>       Facsimile: (954) 628-5054<br>       E-Mail: glenn@dill-reinfeld.com |

<u>SERVICE LIST:</u>
John Andrews, Esq.
JOHN S. ANDREWS, PA
1501 NE Fourth Avenue
Fort Lauderdale, Florida 33304
(954) 522-6700-Telephone
(954) 765-1325-Facsimile
jsa99@bellsouth.net  Email